# Court of Appeals
# of the State of Georgia

ATLANTA,  November 30, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1599. CHARLIE WILLIAM JORDAN v. THE STATE.**

The Appellee in the above-styled case has filed a motion entitled Motion To Dismiss Appeal. Upon consideration and review, said motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/30/2022*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*